UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00072-MOC-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **ARLAN M. LAND,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Notice of Filing Rule 20 Form (#6). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that pursuant to the signed agreement between the government and the defendant, the court **TRANSFERS** this matter to the Western District of Texas for the purposes of a guilty plea.

Signed: June 26, 2017

Max O. Cogburn Jr
United States District Judge